UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ROGERIO HENRIQUE LOPES,

                      Plaintiff,

        – against –

CAFFE CENTRALE LLC AND MANAGER K.C.
LAM AS AIDER AND ABETTOR,

                      Defendants.

------------------------------------ x

06 CV 9927 (RWS)

**[PROPOSED] ORDER TO AMEND CASE CAPTION**

WHEREAS, on January 19, 2007, Plaintiff filed an amended federal complaint in the above-captioned action, which asserted, *inter alia*, Title VII and New York State and City Human Rights Law claims against defendant K.C. Lam ("Lam");

WHEREAS, on April 15, 2008, the Court issued an Order granting defendants' motion to dismiss, *inter alia*, Plaintiff's Title VII claims against defendant Lam;

WHEREAS, on January 14, 2009, the Court issued an Order granting defendants' motion for summary judgment and dismissed Plaintiff's State and City law claims against all defendants leaving no remaining claims against defendant Lam;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/09

NY:3668049v1



NOW, THEREFORE, IT IS HEREBY ORDERED that the case caption should be amended to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
ROGERIO HENRIQUE LOPES,              :    06 CV 9927 (RWS)
                                     :
                    Plaintiff,       :
                                     :
        – against –                  :
                                     :
CAFFE CENTRALE LLC,                  :
                                     :
                    Defendant.       :
------------------------------------- x

Dated: September __, 2009

**SO ORDERED:**

_____
ROBERT W. SWEET, U.S.D.J.

9-8-09