UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ROGERIO HENRIQUE LOPES*
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

*CAFE CENTRALE LLC AND*
*K.C. LAM AS AID AND ABETTOR*
_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

06 Civ. 9927 (RWS) ( )

**NOTICE OF MOTION**

#44

PRO SE OFFICE

**PLEASE TAKE NOTICE** that upon the annexed affirmation of *SERVICE* ,
                                                                                *(name)*

affirmed on *NOVEMBER 17* , 20 *09*, and upon the exhibits attached thereto *(delete if no*
               *(date)*

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
                                                                              *(circle one)*

*ROBERT W. SWEET* , United States District/Magistrate Judge, for an order
   *(Judge's name)*                                      *(circle one)*

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*

*Judge to order)*: *THAT I COULD HAVE COPIES OF THE TRIAL*
*TRANSCRIPT IN FORMA PAUPERIS.*
_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: *NEW YORK* , *N.Y*
          *(city)*        *(state)*
*NOVEMBER 17* , 20 *09*
*(month)*   *(day)*   *(year)*

Signature _____
Address *3062 32SC STREET - ASTORIA*
*NEW YORK - N.Y   11102*
Telephone Number *(718) 726-6192*
Fax Number *(if you have one)* _____

*This application*
*is denied & so*
*ordered*

*[signature]*
*USDJ*
*2-5-10*

Rev. 05/2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 5 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ROGERIO HENRIQUE LOPES*

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

*CAFE CENTRALE LLC AND
K.C. LAM AS AID AND ABETOR*

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

<u>06</u> Civ. *9927 (RWS* ( )

**AFFIRMATION OF SERVICE**

I, *ROGERIO HENRIQUE LOPES*, declare under penalty of perjury that I have
　　　　*(name)*

served a copy of the attached *REQUEST TO PROCEED IN FORMA PAUPERIS*
　　　　　　　　　　　　　*(document you are serving)*

upon *BRIAN G. CESARATTO* _____ whose address is *250 PARK AVENUE*
　　*(name of person served)*

*NEW YORK - N.Y 10177  (212) 351-4500*
　　　　　　　*(where you served document)*

by *MAIL* .
　　*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: *NEW YORK CITY, N.Y*
　　　*(town/city)*　　　*(state)*

*NOVEMBER  17*, 20*09*
　*(month)*　*(day)*　*(year)*

Signature _____

*3062  22ᵈᶜ STREET - ASTORIA*
Address

*NEW YORK . N.Y*
City, State

*11102*
Zip Code

*(718) 726-6192*
Telephone Number

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ROGERIO HENRIQUE LOPES*

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

*CAFE CENTRALE LLC   AND*

*K.C. LAM   AID AND ABETTOR*

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

06 Civ. 9927 (RWS ( )

**AFFIRMATION IN
SUPPORT OF MOTION**

I, *ROGERIO HENRIQUE LOPES*, affirm under penalty of perjury that:
    *(name)*

1.    I, *ROGERIO H. LOPES*, am the plaintiff/defendant in the above entitled action,
        *(name)*                    *(circle one)*

and respectfully move this Court to issue an order *TO HAVE ACCESS TO THE TRIAL TRASCRIPT COPIES*
                                                  *(state what you want the Judge to order)*
                                                                *IN FORMA PAUPERIS.*

2.    The reason why I am entitled to the relief I seek is the following *(state all your reasons*

*using additional paragraphs and sheets of paper as necessary):* *I CAN'T AFFORD TO PAY FOR*
*THE TRANSCRIPT COPIES, EVEN THOUGH I'M A FULL-TIME*
*WORKER I'M EARNING JUST ENOUGH TO GETTING BY.*

_____

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such

other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *NEW YORK*     , *N.Y*          Signature _____
        *(city)*        *(state)*       Address *3068  33 3c STREET - ASTORIA*
*NOVEMBER  17*, 20 *09*                 *NEW YORK  - N.Y  11102*
    *(month)*  *(day)*  *(year)*        Telephone Number *(718) 726- 6192*
                                        Fax Number *(if you have one)* _____

*Rev. 05/2007*